FILED
2007 Jan-29 PM 01:17
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| SHIRLEY A. TOLBERT, | ) |
| Plaintiff, | ) |
| vs. | ) 2:05-CV-00904-LSC |
| JEFFERSON COUNTY COMMISSION, | ) |
| Defendant. | ) |

## MEMORANDUM OF OPINION AND ORDER

The magistrate judge filed a report and recommendation on January 9, 2007, which recommends that Defendant's motion for summary judgment (Doc. 16) be denied. No objections have been filed by any party.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the Court is of the opinion that the magistrate judge's report is due to be and hereby is ADOPTED, and his recommendation is ACCEPTED. The Court EXPRESSLY FINDS that there are genuine issues of material fact and Defendant has not established that it is entitled to judgment as a matter of law. Accordingly, Defendant's motion for summary judgment is DENIED.

Done this 29th day of January 2007.

L. SCOTT COOGLER
UNITED STATES DISTRICT JUDGE
139297